IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:01-190 |
| | ) | |
| vs. | ) | |
| | ) | AMENDMENT TO |
| | ) | JUDGMENT AND PRELIMINARY |
| KARL L. KENYON | ) | ORDER OF FORFEITURE |

On October 9, 2001, this Court entered a Judgment and Preliminary Order of Forfeiture on consent of the parties, forfeiting certain property to the United States. In Paragraph 2(A) of that Order, the Court forfeited all right, title and interest of Karl L. Kenyon in 419 East 136th Street, The Bronx, New York. It now appears that the property is accurately described at 418 East 136th Street, The Bronx, New York.

The Court hereby amends the Judgment and Preliminary Order of Forfeiture entered on October 9, 2001, in order to accurately reflect the forfeited property description as follows:

All right, title and interest of the Defendant, KARL L. KENYON, in and to the following real property, together with all improvements thereon and with all rights and easements appertaining, is hereby forfeited to the United States of America for disposition in accordance with law, subject to the provisions of 18 U.S.C. § 1963(e) and 21 U.S.C. § 853(n):

> ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and

County of the Bronx, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of 136th Street, distant 180 feet easterly from the corner formed by the intersection of the easterly side of Willis Avenue with the southerly side of 136th Street and running thence southerly, parallel with Willis Avenue and part of the way through a party wall, 100 feet; thence easterly parallel with 136th Street, 15 feet; thence northerly, again parallel with Willis Avenue and part of the way through another party wall, 100 feet to the southerly side of 136th Street, and thence westerly, along the said southerly side of 136th Street, 15 feet to the point or place of BEGINNING.

SAID premises being known as and by the street number 418 East 136th Street, Bronx, New York.

This being the identical property conveyed to 418 East 136th Street Realty Corp., a New York Corporation with offices at 530 East 138th Street, Bronx, New York by deed of Fanny Reushel dated June 21, 1985, recorded in Bronx County, New York in Reel 597, Page 1114.

All other terms of the October 9, 2001 order remain in effect, specifically but not limited to the obligation of the United States to accurately publish this property and notice third parties.

AND IT IS SO ORDERED.

                                                  s/HENRY M. HERLONG, JR.
                                                  UNITED STATES DISTRICT JUDGE

Greenville, South Carolina

May 8, 2006